IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEANN COLLINS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-451-LY |
| | § | |
| EASYNEWS, INC. AND EL DORADO SALES, INC., | § | |
|     DEFENDANTS. | § | |

### **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On April 2, 2008, the parties filed a Stipulation of Dismissal with prejudice (Doc. #254), which the Court has reviewed and now approves. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims, counterclaims, and cross-claims in this cause are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that all pending motions are **DISMISSED**.

**IT IS FURTHER ORDERED** that the jury trial setting for the month of April, 2008 is **CANCELED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _4th_ day of April, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE